

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOSE LUIS GUITERREZ-JIMENEZ, | § | No. 08-21-00198-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 2 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20210C01651) |
| | § | |

**O R D E R**

The supplemental clerk's record containing the trial court's certification of defendant's right of appeal does not indicate if Appellant has the right to appeal. The certification is defective. Accordingly, the trial court is ordered to execute a new certification reflecting Appellant's right to appeal and file it with the trial court clerk. The trial court clerk shall prepare a supplemental clerk's record containing the certification and file it with this Court no later than August 7, 2022.

IT IS SO ORDERED this 18th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.